USDC SCAN INDEX SHEET

















KAJ 8/23/06 10:36

3:05-CV-00796 SPARTANBURG REGIONAL V. HILLENBRAND

*11*

*CLKJGM.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

Case Number: 3:05-cv-00796

Spartanburg Regional - PLAINTIFF

v.

Hillenbrand - DEFENDANT

FILED
AUG 23 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

__ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

X DECISION BY COURT. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT
on 6/15/06, the case was terminated in the District of South Carolina. Accordingly, the Court terminates the action as moot.

8/23/06
Date

W. Samuel Hamrick, Jr.
Clerk

K. Johnson

Entered on 8/23/06

pre - Whelan
ref - Papas

11